UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**   www.flsb.uscourts.gov
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. modified, if applicable)

DEBTOR: Harry Paul Henderson, Jr.     JOINT DEBTOR: Donna Marie Presti-Henderson     CASE NO.: 11-12881-PGH
Last Four Digits of SS#: 1590          Last Four Digits of SS#: 9673

☐ This document is plan summary. Additional data on file in clerk's office attached to original plan.
**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A. $ 148.50    for months  1  to  60 ;
  B. $_____    for months ___ to ___;
  C. $_____    for months ___ to ___; in order to pay the following creditors:

Administrative:     Attorney's fee: $ 3,500.00 .     TOTAL PAID $ 1,500.00 .
                    Balance due:    $ 2,000.00 ,    payable $ 125.00 /month (Months  1  to  16 )
                                                    payable $_____ /month (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Name:_____    Arrearage on Petition Date $_____.
   Address:_____    Arrears Payment  $_____/month  (Months ___ to ___)
   _____    Arrears Payment  $_____/month  (Months ___ to ___)
   Account #: _____    Regular Payment  $_____/month  (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total of Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. N/A _____    Total Due $_____.
                    Payable   $_____/month (Months ___ to ___) Regular Payment $___-___

Unsecured Creditors:   Pay $ 10.00  /month (Months  1  to  16 )
                       Pay $ 135.00 /month (Months  17 to  60 )
                       Pay $_____ /month (Months ___ to ___)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtors shall continue paying their homestead 1st mortgage owed to GMAC (acct. # ending in 7701) direct and outside of the plan. The debtors shall continue paying their homestead 2nd mortgage owed to REGIONS BANK (acct. # ending in 8056) direct and outside of the plan. The debtors shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event that the debtors' income or tax refunds increase, the debtors shall increase payments to

unsecured creditors over and above payments provided through the plan.  This may be up to 100% of allowed unsecured claims, dependant on the increase in the debtors' income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

X _____
Debtor
Date: 2/14/11

X _____
Debtor Donna Presti-Henderson
Date: 2/14/11